# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                              **Civil Action**
                                              **No: 1:10cv11824-WGY**

**Denika Cooper**

**Plaintiff**

**v.**

**TRS Recovery Associates Inc.**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on January 12, 2011 that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                      **By the Court,**

                                                      **/s/Matthew A. Paine**

                                                      **Deputy Clerk**

**January 13, 2011**

**To: All Counsel**